IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-102-FL

| LAROY FITCH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REAL TIME RESOLUTIONS, LLC | ) | |
| and JPMORGAN CHASE BANK, NA, | ) | |
| | ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within sixty (60) days hereof. **Where it is incumbent upon plaintiff to file his Notice of Voluntary Dismissal, in light of the time requested to complete the settlement, said Notice of Voluntary Dismissal shall be due on or before July 13, 2015.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 12th day of May, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge